UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASAN MD (A-Number: 221-307-220),

              Petitioner,

    v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,

              Respondent.

Case No.  2:26-cv-0282-DJC-JDP

ORDER

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 10, 2026 are adopted in full.

2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED.

3. Petitioner (A-Number: 221-307-220) is provided a bond hearing within ten (10) days of the date of the Court's order.  At this hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have counsel present.

5. The Clerk of Court is ordered to enter judgment accordingly and close this case.


IT IS SO ORDERED.

Dated:   **April 17, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2